UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

**FILED**

FEB 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: February 27, 2007

Case No. CR 05-0491-12 VRW

Case Title: USA v. JESUS POMPERADA BASCO (CUSTODY) PRESENT

Attorneys:
  For the Government: Laurel Beeler

  For the Defendant(s): Shana Keating

Deputy Clerk: **Cora Klein**          Reporter: James Yeomans
                                      USPO: Cheryl Simone

**PROCEEDINGS**

1) Judgment and Sentencing

**ORDERED AT THE HEARING**

The defendant Jesus Pomperada Basco is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 20 months, 3 years supervised release, shall comply with the standard and additional conditions of supervised release which the court has adopted, $100 special assessment which is due immediately, no fine.